1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Miguel Angel Rosas-Leon

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
| 12       Plaintiff, | ) ) | |
| 13 v. | ) ) | **CERTIFICATE OF SERVICE** |
| 14 MIGUEL ANGEL ROSAS-LEON, | ) ) | |
| 15       Defendant. | ) ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                           U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov; and
19
                        Christina M. McCall
20   Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

21                                 Respectfully submitted,

23 DATED:    December 10, 2007        /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
24                                           Federal Defenders of San Diego, Inc.
                                          Attorneys for Miguel Angel Rosas-Leon