1          **DECLARATION OF PAULA M. JARNECKE**

2    I, Paula M. Jarnecke, hereby declare and state the following:

3    1.   I am employed by the Federal Bureau of Prisons (BOP) as the

4         Warden at the Metropolitan Correctional Center, in San

5         Diego, California (MCC San Diego).  I have worked for the

6         BOP for over 21 years and have been the Warden at MCC San

7         Diego since August 2006.  As the Warden, I am the Chief

8         Executive Officer of the institution and responsible for the

9         overall operation of the facility.  As part of my official

10        duties, I have access to records maintained in the ordinary

11        course of business by the BOP.

12   2.   I have been advised that Miguel Rosas-Leon, Register Number

13        17098-198, through Advisory Counsel, Federal Defenders, has

14        requested a status hearing to address an issue involving

15        unmonitored telephone calls.  Mr. Rosas-Leon is representing

16        himself in his criminal case but has been appointed Federal

17        Defenders as advisory counsel.  Mr. Rosas-Leon has requested

18        unmonitored telephone calls so he can speak to witnesses.

19        That request was denied.

20   3.   MCC San Diego provides inmates in pro se status certain

21        privileges that are not ordinarily afforded to inmates

22        represented by counsel.  Specifically, in Mr. Rosas-Leon's

23        case, he has been provided greater access to the inmate law

24        library and use of the inmate computer to review

25

26                        Page 1 of  3

**FILED**

DEC 1 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        MB        DEPUTY

electronic discovery.  Additionally, staff have been
instructed to provide Mr. Rosas-Leon with unmonitored
telephone calls to his advisory counsel.  Federal Bureau of
Prisons policy only affords inmates unmonitored legal calls
to their attorneys.  *See* C.F.R. §§ 540.102-103.   Mr. Rosas-
Leon may also choose to place a witness on his telephone
list to call that person via the Inmate Telephone System.
He can make both direct and/or collect calls via the Inmate
Telephone System.  However, I have been informed that
advisory counsel objects to placing individuals on the
inmate's telephone list because it would require the inmate
to pay for the telephone calls.  Counsel was informed that
there is no mechanism or procedure for permitting free
telephone calls on the system utilized by the inmates.

4.   At the present time, Mr. Rosas-Leon has $0.54 on his inmate
trust fund account.  He has spent $2.00 on telephone credits
and $64.46 in the commissary.  Attached are true and correct
copies of the deposits made to his account and a receipt
reflecting purchases made from the commissary.

5.   As stated above, policy only permits unmonitored telephone
calls to legal counsel.  Permitting inmates to make
unmonitored calls to other individuals would violate policy,
and would be detrimental to the safe and secure operation

1    of the institution.

2

3    I declare under penalty of perjury in accordance with the

4    provisions of 28 U.S.C. § 1746 that the above is accurate to the

5    best of my knowledge and belief.

6

7

8    _Paula M. Jarnecke_____          _12-18-07___

9    Paula M. Jarnecke                              Date
     Warden
10   MCC San Diego

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                        Page 3 of  3

# Deposits

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 17098198 | **Current Institution:** | San Diego MCC |
| **Inmate Name:** | ROSAS-LEON, MIGUEL | **Housing Unit:** | SDC-J-A |
| **Report Date:** | 12/18/2007 | **Living Quarters:** | J01-002U |
| **Report Time:** | 6:58:05 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/1/2007 8:55:10 PM | TP_PHONE | Phone Withdrawal | ($2.00) | TFN1101 | | $0.54 |
| 10/26/2007 9:36:00 AM | SDC1008 | Sales | ($64.46) | 6 | | $2.54 |
| 10/22/2007 8:32:57 AM | SDC8259 | Local Collections | $67.00 | C0-13-08 | | $67.00 |

1

SALES INVOICE    ---S.B.U.---
SAN DIEGO MCC
MAIN
ACCOUNT No.17098198                    SDC1008
ROSAS-LEON, MIGUEL
10/26/07 Time 09:36:00                  TX ID 705892
                                        Receipt# 6

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $67.00

| QTY | DESCRIPTION | PRICE |
|-----|------------|-------|
| 1 | ACRYLIC MIRROR/W. MAGNET | $2.35 |
| 1 | BATTERIES PCAA | $2.20 |
| 1 | DORITOS | $2.90 |
| 1 | HONEY | $2.70 |
| 2 | HOT PORK RINDS | $1.60 |
| 2 | INST. CUP/SOUP SHRIMP | $1.00 |
| 3 | INSTANT LUNCH CHICK | $1.50 |
| 2 | INSTANT LUNCH VEGGIE | $1.00 |
| 1 | IRISH SPR SOAP 5 OZ | $0.85 |
| 1 | JALAPENO CHEESE | $1.85 |
| 1 | MAYO | $0.80 |
| 1 | NEXT1 SHAMPOO&COND | $1.65 |
| 1 | PALM BRUSH | $0.45 |
| 1 | POWER^UP FOR MEN | $2.40 |
| 1 | REFRIED BEANS W/JAL GREEN CHIL | $0.95 |
| 1 | SALAMI BEEF 3OZ | $1.25 |
| 1 | SHOWER SHOES MEDIUM | $3.15 |
| .6 | SINGLE STAMPS .41 | $2.46 |
| 1 | SOAP DISH 2PC UPC | $0.65 |
| 1 | SONY SRF39 AM/FM RADIO | $22.10 |
| 1 | SOY SAUCE 6 OZ | $1.00 |
| 1 | SUGAR CUBES | $2.10 |
| 1 | TASTER'S CHOICE 8 OZ | $7.55 |
|  | # ITEMS SOLD: 33 | |
|  | CHARGE 17098198 | $64.46 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2.54

Signature