1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Miguel Angel Rosas-Leon

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,        )  Case No. 07CR3160-DMS
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | MIGUEL ANGEL ROSAS-LEON,          )
                                      )
15 |         Defendant.                )
   |_____   )

16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov; and
19
                          Christina M. McCall
20    Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

21                                  Respectfully submitted,

22

23  DATED:    December 19, 2007         /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Miguel Angel Rosas-Leon
25

26

27

28