1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Standby Counsel for Miguel Angel Rosas-Leon

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
| 12     Plaintiff, | ) ) | DATE:    December 20, 2007 |
| | ) | TIME:    9:00 a.m. |
| 13 v. | ) ) | NOTICE OF MOTION AND MOTION FOR |
| 14 MIGUEL ANGEL ROSAS-LEON, | ) | MISCELLANEOUS RELIEF |
| | ) | |
| 15     Defendant. | ) | |
| _____ | ) | |

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
            CHRISTINA McCALL, ASSISTANT UNITED STATES ATTORNEY: AND
18         NELLIE TORRES-KLEIN, SENIOR COUNSEL, METROPOLITAN CORRECTIONAL CENTER

19     PLEASE TAKE NOTICE that on December 20, 2007, at 9:00 a.m., or as soon thereafter as

20 Defendant may be heard, Miguel Angel Rosas-Leon, with standby counsel Elizabeth M. Barros, Gregory T.

21 Murphy and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

22 motions:

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

The defendant, Miguel Angel Rosas Leon, with standby counsel Elizabeth M. Barros, Gregory T. Murphy and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) Requiring the Bureau of Prisons to permit him to contact his witnesses without cost to him or the witness; and

2) Preventing the Bureau of Prisons from divulging to the prosecution any recordings involving communications pertaining to his trial strategy;

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

*/s/ Miguel Angel Rosas-Leon*

Dated: December 19, 2007          MIGUEL ANGEL ROSAS-LEON