1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **GREGORY T. MURPHY**
California State Bar No. 245505
3 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
5 E-Mail: elizabeth_barros@fd.org

6 Attorneys for Miguel Angel Rosas-Leon

7

8

9 UNITED STATES DISTRICT COURT

10 SOUTHERN DISTRICT OF CALIFORNIA

11 **(HONORABLE DANA M. SABRAW)**

12 UNITED STATES OF AMERICA,           )   Case No. 07CR3160-DMS
                                       )
13           Plaintiff,                )
                                       )
14 v.                                  )   **CERTIFICATE OF SERVICE**
                                       )
15 MIGUEL ANGEL ROSAS-LEON,            )
                                       )
16           Defendant.                )
   _____)

17

18       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov; and
20
                            Christina M. McCall
21   Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov, and

22                           Nellie Torres Klein
                              ntklein@bop.gov
23
                                           Respectfully submitted,
24

25
   DATED:      December 19, 2007           /s/ Gregory T. Murphy
26                                         **GREGORY T. MURPHY**
                                           Federal Defenders of San Diego, Inc.
27                                         Attorneys for Miguel Angel Rosas-Leon

28