1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Miguel Angel Rosas-Leon

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
| 12        Plaintiff, | ) ) ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 MIGUEL ANGEL ROSAS-LEON, | ) ) | |
| 15        Defendant. | ) ) | |
| 16 _____ | ) | |

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              Christina M. McCall
      Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

20                                              Respectfully submitted,

22 DATED:       December 28, 2007          /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Miguel Angel Rosas-Leon