UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 07cr3160-DMS (BLM) |
|                 Plaintiff,   ) | **ORDER GRANTING DEFENDANT PERMISSION TO REQUEST REIMBURSEMENT FOR TELEPHONE CALLS TO FOUR INDIVIDUALS** |
| v.                                  ) | |
| MIGUEL ANGEL ROSAS-LEON,             ) | |
|                 Defendant.  ) | |

On December 28, 2007, Defendant Miguel Angel Rosas-Leon, acting *pro se* and with the assistance of stand-by counsel, submitted an *ex parte* letter asking the Court to authorize reimbursement for phone calls to four potential witnesses. The request identified each witness by name and telephone number and explained the relationship between each witness and Defendant's potential defense. The Court has reviewed Defendant's request and finds that the four witnesses identified by Defendant in the December 28, 2007 letter may have information beneficial to Defendant's case. Accordingly, the Court authorizes Defendant to seek reimbursement for a reasonable number of calls, each of a reasonable length, to these

///

1  witnesses.  The Court further orders that the December 28, 2007 letter
2  signed by stand-by counsel be filed under seal.
3
4  Dated:       January 9, 2008                *Barbara L. Major* (signature)
5                                              BARBARA L. MAJOR
                                                United States Magistrate Judge
6
7
   cc: Defendant
8  All Counsel
   Nellie Torres Klein,
9      Senior Counsel, MCC