1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Standby Counsel for Miguel Rosas-Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3160-DMS |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| MIGUEL ROSAS-LEON, | |
| Defendant. | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Miguel Rosas-Leon, *pro se* defendant, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., standby counsel for Miguel Rosas-Leon, along with Assistant United States Attorney Christina McCall, that the motion hearing set for March 14, 2008 at 11:00 a.m., be rescheduled to **Friday, April 25, 2008, at 11:00 a.m.**

Respectfully submitted,

DATED:   March 13, 2008          /s/ Miguel Rosas-Leon
                                 **MIGUEL ROSAS-LEON**
                                 Pro se Defendant

DATED:   March 13, 2008          /s/ Elizabeth M. Barros
                                 **ELIZABETH M. BARROS**
                                 Federal Defenders of San Diego, Inc.
                                 Standby counsel for Mr. Rosas-Leon

DATED:   March 13, 2008          /s/ Christina McCall
                                 **CHRISTINA McCALL**
                                 Assistant United States Attorney