1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Miguel Angel Rosas-Leon

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
| 12          Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 MIGUEL ANGEL ROSAS-LEON, | ) | |
| 15          Defendant. | ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                      Christina M. McCall
          Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov

20                                    Respectfully submitted,

22 DATED:     March 13, 2008          /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Miguel Angel Rosas-Leon