UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER CONTINUING MOTION HEARING** |
| MIGUEL ROSAS-LEON, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the motion hearing set for March 14, 2008, at 11:00 a.m., be rescheduled to **Friday, April 25, 2008, at 11:00 a.m.**

**IT IS SO ORDERED.**

DATED: March 13, 2008

_____
HON. DANA M. SABRAW
United States District Judge