1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **GREGORY T. MURPHY**
California State Bar No. 245505
3 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
5 | E-Mail: elizabeth_barros@fd.org

6 | Attorneys for Miguel Angel Rosas-Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3160-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MIGUEL ANGEL ROSAS-LEON, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Christina M. McCall
Christina.McCall@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov, and

Respectfully submitted,

DATED:       May 5, 2008                    /s/ Gregory T. Murphy
                                            **GREGORY T. MURPHY**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Miguel Angel Rosas-Leon