

**The GEO Group, Inc.**

Western Region Detention Facility at San Diego
220 West C Street
San Diego, California 92101

MAIN TEL: 619 232 9221
FAX: 619 232 9224
www.thegeogroupinc.com

May 9, 2008

Christina McCall
United States Attorney

**RE: INMATE ROSAS-LEON, MIGUEL ANGEL**

This is in response to allegations made by Inmate Rosas-Leon, Miguel regarding the access to and the conditions of the Law Library at the Western Region Detention Facility.

Inmate Rosas-Leon arrived at the facility on 4/25/08 at approximately 1753. Requests to be scheduled for the Law Library dated 4/28/08 and another dated 4/29/08 were received on 4/29/08. Inmate Rosas was scheduled to attend the law library on 4/30/08. He was out to court for the entire day. Inmate Rosas-Leon was again called to the law library on 5/6/08 where he received two hours of uninterrupted time for legal research and again on 5/7/08 where he received three and one half hours of uninterrupted time.

The Law Library at the Western Region Detention Facility is available to all inmates housed at the facility. Due to the nature of some inmates (Protective Custody, Administrative Segregation, Material Witnesses, Separatees, Females, etc.) and the location of the library, all inmates need to be properly screened before being assigned to the attend the library. It is imperative that inmates do not come in contact with other inmates that may want to cause them bodily harm or constitute a breech in security by mixing different classifications of inmates. In order to accommodate all inmates seeking to use the library, inmates are required to submit a request and are scheduled for a minimum of one hour per requested use. Inmates can always request more time and as scheduling permits, extra time may be granted.

The Law library uses Premise Law and we currently have the latest and most recent editions on computers. Some of our recent editions include the following:

- West Federal Digest, Premise
- Federal Supplement, Premise
- United States Code Annotated Premise
- Supreme Court Reporter, Premise

If you have any further questions or concerns please let me know.

Professionally,

Eric Noonan,
Warden