UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL ROSAS-LEON,<br><br>        Defendant. | Case No. 07CR3160-DMS<br><br>**AMENDED CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' RESPONSE TO MOTION FOR MISCELLANEOUS RELIEF on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.
    Elizabeth Barros and Gregory Murphy, Esq.

I have also placed a copy of this motion in the United States mail, addressed to

    Miguel Angel Rosas-Leon, Inmate #17098-198,
    Western Regional Detention Facility
    220 West C Street
    San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008.

                                                          /s/ Christina M. McCall
                                                          CHRISTINA M. McCALL